UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ERDHEIM,

Petitioner,

v.

STUART HARRIS, ET AL.,

Respondents.

1:18-cv-08601 (LGS)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott M. Andersen of Andersen, P.C., with offices at 1350 Avenue of the Americas, 2nd Floor, New York, New York 10019, hereby appears on behalf of Respondent STUART HARRIS in the above captioned matter.  I am admitted to practice in this Court.

Dated:  December 7, 2018                    Respectfully submitted,


                                                    _____/s/ Scott M. Andersen_____

                                                    **ANDERSEN, P.C.**
                                                    Scott M. Andersen (New York Bar No. 2534261)
                                                    1350 Avenue of the Americas, 2nd Floor
                                                    New York, New York 10019
                                                    Telephone: (914) 552-2652

                                                    **BILETSKY ROSENBERGER**
                                                    Elliot A. Rosenberger (California Bar No. 298837)
                                                         (*pro hac vice* application forthcoming)
                                                    7080 Hollywood Boulevard, 11th Floor
                                                    Los Angeles, California 90028
                                                    Telephone: (424) 442-9243

                                                    Attorneys for Respondent STUART HARRIS

1